## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL GLASSMAN, Trustee on behalf of the Kathleen & Michael Glassman Family Trust, individually and on behalf of itself and all others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TEREX CORPORATION, RONALD M. DEFEO, PHILLIP C. WIDMAN and THOMAS J. RIORDAN,<br><br>Defendants. | CASE NO.<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>(Jury Trial Demanded) |

Plaintiff, Michael Glassman, Trustee on behalf of the Kathleen & Michael Glassman Family Trust (the "plaintiff"), individually and on behalf of all other persons and entities similarly situated, by its undersigned attorneys, alleges the following upon personal knowledge as to itself and its own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through its attorneys, which included, among other things, a review of the public statements made by the defendants, documents filed with the Securities and Exchange Commission ("SEC"), press releases and news articles regarding defendant Terex Corporation ("Terex" or the "Company") and a review of other publicly available information. Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## PRELIMINARY STATEMENT

1.     This is a class action brought by plaintiff on behalf of itself and all others who purchased or otherwise acquired securities of Terex during the period from February 20, 2008 through February 11, 2009, inclusive (the "Class Period") to recover damages caused by defendants' violations of the federal securities laws.

2.     Defendants made a series of materially false and misleading statements concerning Terex's overall financial strength, business operations, and business prospects.  Defendants' misleading statements and omissions of material facts had the effect of assuring analysts and investors that Terex's business operations were performing well, that Terex's financial condition and future revenue stream was sound, and that its projected financial performance had a sound basis.

3.     Prior to the disclosures of the true facts concerning Terex's true financial condition and during the Class Period, certain Company insiders sold approximately $9 million worth of their personally held Terex stock.

4.     On September 4, 2008, Terex disclosed its updated Fiscal Year ("FY") 2008 financial guidance which lowered earnings per share guidance from a range of $6.85 - $7.15 to a range of $6.35 - $6.65.  Terex also disclosed adverse news concerning certain of the Company's segments' weakening financial performances including its Aerial Work Platforms and Construction segments.  These negative disclosures were followed by a Terex stock decline of 20%, or $9.30 a share, on September 4, 2008 on unusually heaving trading value.

5.     On February 11, 2009 Terex announced its Q4 2008 and FY 2008 results which included goodwill impairment charges that reduced net income by a dramatic $4.60 a share for FY 2008.  Following news of the Company's poor financial results and forecast, Terex stock fell $4.17 a share to close at $9.45 a share on February 12, 2009.

6.    Statements issued by the defendants during the Class Period were materially false and misleading because they failed to disclose and misrepresented the following material adverse facts, including that: (a) Terex failed to properly and timely account for certain impaired assets within the Company including in its "Construction" and "Roadbuilding, Utility Products and Other" segments/units; (b) Terex was experiencing declining demand for its products in its Construction, Materials Processing and Aerial Work Platforms segments; (c) that Terex's financials were much weaker than represented; (d) Terex was not as prepared and diversified as represented to withstand its significant exposure to a weakening global credit market and economy; and (e) the defendants lacked a reasonable basis for positive statements and representations concerning Terex's FY 2008 earnings guidance and the Company's overall business prospects.

## JURISDICTION AND VENUE

7.    The claims alleged herein arise under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78j(b) and 78t(a), and Rule 10b-5, 17 C.F.R. § 240.10b-5 promulgated thereunder.

8.    This Court has jurisdiction over the subject matter of this action pursuant to Section 27 of the Exchange Act, 15 U.S.C. §78aa and 28 U.S.C. § 1331.

9.    Venue is proper in this District pursuant to Section 27 of the Exchange Act and 28 U.S.C. §1391(b).  Terex is headquartered in this District and many of the acts and transactions alleged herein occurred in substantial part in this District.

10.    In connection with the acts, transactions and conduct alleged herein, defendants, directly and indirectly, used the means and instrumentalities of interstate commerce, including the United States mails, interstate telephone communications and the facilities of the national securities exchanges.

## THE PARTIES

11.     Plaintiff purchased Terex securities during the Class Period, as evidenced by the attached certification, and has suffered damages.

12.     Terex is a Delaware corporation whose principal executive offices are located at 200 Nyala Farm Road, Westport, Connecticut 06880.  Terex's common stock is publicly traded on the New York Stock Exchange (the "NYSE") under the symbol "TEX."

13.     During all relevant times, defendant Ronald M. DeFeo ("DeFeo") was Terex's Chief Executive Officer and the Executive Chairman of the Board of Directors of Terex (the "Board").

14.     During all relevant times, defendant Phillip C. Widman ("Widman") was Terex's Chief Financial Officer and Senior Vice President.

15.     During all relevant times, defendant Thomas J. Riordan ("Riordan") was Terex's Chief Operating Officer and President.

16.     Defendants DeFeo, Widman & Riordan are collectively referred herein as the "Individual Defendants."

## SUBSTANTIVE ALLEGATIONS

17.     Terex operates as a diversified global manufacturer of equipment for use in various industries, including the construction, infrastructure, quarrying, surface mining, shipping, transportation, refining, and utility industries.

18.     Terex operates in five reportable segments: Terex Aerial Work Platforms, Terex Construction, Terex Cranes, Terex Materials Processing & Mining, and Terex Roadbuilding, Utility Products and Other.

19.     Terex's Aerial Work Platforms segment offers material lifts, portable aerial work platforms, trailer-mounted articulating booms, self-propelled articulating and telescopic booms, scissor lifts, telehandlers, construction trailers, trailer-mounted light towers, power buggies, portable

4

generators, and related components and replacement parts. Terex's Construction segment provides heavy construction equipment, including off-highway trucks, scrapers, hydraulic excavators, large wheel loaders, and material handlers; and compact construction equipment, including loader backhoes, truck-mounted articulated hydraulic cranes, compaction equipment, mini and midi excavators, site dumpers, compact track loaders, skid steer loaders, and wheel loaders.

20.     Terex's Cranes' segment offers mobile telescopic cranes, tower cranes, lattice boom crawler cranes, truck-mounted cranes and telescopic container stackers, as well as replacement parts and components. Terex's Materials Processing & Mining segment provides materials processing equipment, hydraulic mining excavators, highwall mining equipment, high capacity surface mining trucks, drilling equipment, and related components and replacement parts.

21.     Terex's Roadbuilding, Utility Products and Other segment designs, manufacturers and markets asphalt and concrete equipment.

22.     The Company sells its products through dealers and distributors and leases or rents equipment to third parties.

23.     On February 20, 2008, Terex announced, via press release, its financial results for the fourth quarter of 2007 ending December 31, 2007 ("Q4 2007") and the full year ending December 31, 2007 ("FY 2007"). For the Q4 2007, Terex reported net income of $174 million or $1.67 a share, representing a dramatic increase over the fourth quarter of 2006 net income of $100.9 million or 97 cents a share. For FY 2007, Terex reported income from continuing operations of $613.9 million, or $5.85 a share, a dramatic increase over the fiscal year 2006 income from continuing operations of $396.5 million or $3.85 a share.

24.     Commenting on the Q4 2007 and FY 2007, DeFeo stated in relevant part:

> For Terex, 2007 was a very strong year in terms of financial performance, with our best sales quarter of the year coming in the fourth quarter. This was a transformational year for our Company, as

it demonstrated that the changes made as part of the journey we embarked on a few years back are taking hold and working. We achieved a full year operating margin of 10.5%, net sales grew 19.5% and income from continuing operations was up 55% when compared with 2006. These achievements place us well ahead of the pace we communicated a year earlier in conjunction with our medium term financial goals, and yet the operating margin improvement is still below the potential that we think exists in the Company. We achieved these goals while continuing to have certain product lines of the Company face challenging market conditions in their particular niche. We have benefited from strong global markets, as well as a relatively small exposure to the U.S. housing market; in fact non-U.S. net sales represented 70% of our total net sales for the full year 2007.

25.     Regarding Terex's initiatives, DeFeo stated in relevant part:

We continue to build a better and stronger operating company while keeping honed the skills of a targeted acquirer of assets. The supply chain and component shortages we are facing continue, but we are making steady progress. We continue to invest in improvement projects at an aggressive rate, such as marketing knowledge, sales and service changes, information technology, new product planning processes and the Terex Business System. While these initiatives may not produce immediate benefits, they collectively comprise the cornerstone of our future successes as we build a great company. In 2008, we will build start-up factories in India and China, and potentially other developing markets. In 2007 we successfully acquired Superior Highwall Miners, and expect to close the acquisition of A.S.V., Inc. in the near future. Combined, these facilities and recent acquisitions will provide targeted growth platforms. In 2007, we had a growth rate for net sales of approximately 13% excluding the translation effect of foreign currency exchange rate changes. And while our ROIC level of 43.3% for the year was outstanding, we think this result must be balanced against continued growth to achieve the appropriate mix of growth and returns.

26.     Concerning Terex's 2008 outlook, DeFeo stated in relevant part:

Included in this release is our initial outlook for the 2008 fiscal year. Reflecting on where we are today with respect to our objective of $12 billion in sales and a 12% operating margin by 2010, we feel we are ahead of our original timeline. And while news headlines continue to broadcast slowing economic conditions in North America and Western Europe, we remain optimistic about prospects for our businesses in both of these markets and continue to see very healthy

indicators for continued economic expansion from the developing markets, notably in Asia, Eastern Europe and the Middle East.

27.    Concerning Terex's backlog, the Q4 2007 and FY 2007 press release noted, in relevant part:

> Backlog: Backlog for orders deliverable during the next twelve months was $4,180.9 million at December 31, 2007, an increase of approximately 53% versus the fourth quarter of 2006. The increase was mainly driven by the continued sharp increase in crane orders, which are outpacing the Company's ability to manufacture and deliver products to its customers. Construction backlog more than doubled over the prior year, in response to strong European and Middle Eastern demand.  Materials Processing & Mining segment backlog increased almost 75% over the prior year reflecting global infrastructure requirements. The Aerial Work Platforms segment backlog was relatively flat overall versus the prior year period. With regards to Terex Roadbuilding, Utility Products and Other (RBUO) backlog, RBUO backlog at December 31, 2006 included Terex Government Programs of $38.4 million. Backlog of $52.8 million at December 31, 2007 relating to Terex Government Programs was allocated to the respective manufacturing divisions to better reflect the product being sold rather than the distribution channel being utilized.

28.    Concerning Terex's outlook for 2008 and global demand for the Company's products, DeFeo stated in relevant part:

> We are poised to have another record financial performance in 2008. We expect generally strong global markets to continue to drive demand for our equipment. Add to that our expectation that we will have the ability to produce at greater volumes and with improved productivity, and 2008 looks to be a significant step forward towards our corporate 2010 objective. It is our expectation that Terex's total revenue for 2008 will be between $10.0 and $10.5 billion, and earnings per share in the range of $6.65 to $7.15 per share. Expectations are for earnings in the first and second half of 2008 to be approximately equal. Additionally, we expect our first quarter results to be approximately 35% - 40% of our first half guidance.

29.    The Q4 2007 and FY 2007 press release was followed by Terex's earnings conference call which reiterated the defendants' positive representations concerning Terex's business financial results, product demand, operations and future prospects.

30.    On February 27, 2008, Terex filed its Annual Report on a Form 10-K with the SEC (the "2007 10K") which further reiterated the Company's previously announced Q4 2007 and FY 2007 results.

31.    Regarding the Company's goodwill impairment of certain assets, the 2007 10K stated, in relevant part:

> Impairment of Long Lived Assets - Our policy is to assess the realizability of our long-lived assets, including intangible assets, and to evaluate such assets for impairment whenever events or changes in circumstances indicate that the carrying amount of such assets (or group of assets) may not be recoverable. Impairment is determined to exist if the estimated future undiscounted cash flows are less than the asset's carrying value. Future cash flow projections include assumptions regarding future sales levels, the impact of cost reduction programs, and the level of working capital needed to support each business. We rely on data developed by business segment management as well as macroeconomic data in making these calculations. There are no assurances that future cash flow assumptions will be achieved. The amount of any impairment then recognized would be calculated as the difference between the estimated fair value and the carrying value of the asset.

> \*    \*    \*

> Goodwill. Goodwill, representing the difference between the total purchase price and the fair value of assets (tangible and intangible) and liabilities at the date of acquisition, is reviewed for impairment annually, and more frequently as circumstances warrant, and written down only in the period in which the recorded value of such assets exceed their fair value. The Company does not amortize goodwill, in accordance with Financial Accounting Standards Board (the "FASB") Statement of Financial Accounting Standards ("SFAS") No. 142 "Goodwill and Other Intangible Assets." The Company selected October 1 as the date for the required annual impairment test. There were no indicators of goodwill impairment in either of the tests performed as of October 1, 2007 and 2006. The impairment test performed as of October 1, 2005 identified indicators of goodwill

impairment in the Roadbuilding, Utility Products and Other segment that resulted in a pre-tax impairment charge of $3.3. See Note L – "Goodwill."

The initial recognition of goodwill, as well as the annual review of the carrying value of goodwill, requires that the Company develop estimates of future business performance. These estimates are used to derive expected cash flow and include assumptions regarding future sales levels, the impact of cost reduction programs, and the level of working capital needed to support a given business. The Company relies on data developed by business segment management as well as macroeconomic data in making these calculations. The estimate also includes a determination of the Company's weighted average cost of capital. The cost of capital is based on assumptions about interest rates as well as a risk-adjusted rate of return required by the Company's equity investors. Changes in these estimates can impact the present value of the expected cash flow that is used in determining the fair value of acquired intangible assets as well as the overall expected value of a given business.

\* \* \*

Impairment of Long-Lived Assets. The Company's policy is to assess the realizability of its long-lived assets, including intangible assets, and to evaluate such assets for impairment whenever events or changes in circumstances indicate that the carrying amount of such assets (or group of assets) may not be recoverable. Impairment is determined to exist if the estimated future undiscounted cash flows are less than the carrying value. The amount of any impairment then recognized would be calculated as the difference between estimated fair value and the carrying value of the asset. The Company did not have any impairments in its long-lived assets for the years ended December 31, 2007, 2006 and 2005.

32.     Regarding the Company's overall financial condition, the 2007 10K stated, in

relevant part:

2007 was another year of solid performance for Terex, as we continued to benefit from global economic growth driving strong end market demand. We focused on numerous internal initiatives to grow sales and profitability as we transform from a holding company to an integrated operating company. We have also benefited from global growth driven by strong economies in North America and Western Europe and improving standards of living around the world. Although we expect slower economic growth in 2008 in North America, and to a

9

lesser extent in Western Europe, our strategy of product and geographic diversity is expected to drive sales growth that will allow us to remain on pace to achieve our goal of $12 billion in sales with a 12% operating margin by 2010. Demand for infrastructure and energy has resulted in extraordinary demand for our cranes. Strong commodity demand driven by developing economies has increased demand for our mining equipment. Increasing labor rates that require productivity enhancing solutions combined with improving global safety standards is driving demand for our aerial work platforms products. Our construction products faced a mixed year in 2007, with weakness in North America partially offset by strength in other geographies, particularly in Western Europe, for certain types of heavy equipment, and in both Western and Eastern Europe for compact construction equipment. Our roadbuilding and utility businesses, which are primarily North American focused, remained weak, as a result of continued low levels of governmental spending on infrastructure.

A key to our continued strong performance is that our product portfolio contains a mix of early, mid and late cycle products combined with mining products that are tied to global commodity demand. For example, compact construction equipment is an early cycle product, aerial work platforms and heavy construction equipment are mid-cycle equipment, and cranes and roadbuilding equipment are late cycle equipment. This relatively balanced mix of product types helps to moderate cyclical sales movements for Terex as a whole, as demand for one product may weaken, but be offset by demand for products in a different cycle. A balanced geographic sales mix also helps moderate demand swings for our products, as demand in one region may strengthen or weaken over different times as compared to economies in other geographies. 2007 events demonstrated the value of geographic diversity, as construction equipment sales slowed in North America but were strong in Europe. In 2007, 45% of our sales were to customers located in the USA, United Kingdom and Germany. To further our geographic sales mix, we are intent on growing our presence in developing markets as we work towards our goal of generating approximately 1/3 of our sales from the Americas, 1/3 from Europe, Africa and the Middle East and the remaining 1/3 from Asia and Australia.

Global dynamics expected to continue to drive demand for our equipment include creating infrastructure in developing economies, repairing/replacing infrastructure in North America and Western Europe, increasing labor costs and strengthening safety standards globally. Developing economies are building infrastructure at a rapid pace, as demonstrated in countries and regions around the world such

as the Middle East, and particularly Dubai, cities in Eastern China such as Shanghai and Beijing, and Eastern Europe. This growth is expected to continue as profits from oil exports are invested by exporting countries such as Russia and the Middle East and as western Chinese cities develop. Decaying infrastructure and historical under-investment in infrastructure to support population growth are expected to continue to drive demand for equipment in North America and Western Europe. This global infrastructure demand favorably impacts all five of our segments, particularly Cranes and Materials Processing & Mining. Aerial work platforms and compact construction equipment such as mini excavators are benefiting from higher labor costs that drive demand for productivity enhancing solutions. Stricter safety standards are also driving demand for equipment such as aerial work platforms as countries recognize the inherent risks of working at height on ladders and scaffolding.

33.     On April 23, 2008, Terex announced, via press release, its financials results for the first quarter of 2008 ending March 31, 2008 ("Q1 2008"). For Q1 2008, Terex reported net income of $163.3 million or $1.59 a share representing a dramatic increase over the first quarter of 2007's net income of $113.8 million or $1.09 a share.

34.     Commenting on the Q1 2008 results and Terex's "solid prospects," DeFeo stated in relevant part:

We are pleased with the first quarter's results, with both net sales and net income growth posting solid double digit percentage increases versus the prior year. The strength of international end markets and the continued strength of the domestic U.S. 'in-the-air' products yielded excellent results in our Aerial Work Platforms and Cranes business segments. Continued demand for commodities drove favorable results for our Materials Processing & Mining business segment. The performance of the balance of our businesses, namely the Construction, Roadbuilding and Utility operations, were somewhat disappointing for the quarter. We believe, however, that the near term outlook is positive for the Construction segment, and that its operating margin will improve in the mid-year period and lead to good margin expansion on a year-over-year basis in 2008. In general, we think that all of our operations continue to have solid prospects heading into the remainder of the year.

35.   Regarding Terex's business outlook and the Company implementing pricing actions to recover lost margin, Riordan added in relevant part:

> We remain confident about our business outlook for the remainder of 2008. Looking forward, we can see challenges in material costs, especially as we move into the second half of 2008. We intend to address these cost increases through pricing actions to recover lost margin arising from higher component costs. While we anticipate that we will be able to implement these pricing actions timely and effectively, we realize that there is a certain level of risk and exposure that may materialize in the second half of the year.

36.   Regarding Terex's future earnings potential, DeFeo added in relevant part:

> In February, we provided earnings guidance for our 2008 performance, indicating that we anticipated earnings per share to be between $6.65 and $7.15 and net sales to be between $10.0 and $10.5 billion. Given our strong performance this quarter, balanced against the uncertainties surrounding some of our end markets and increased input costs, we now anticipate earnings per share for 2008 to be towards the middle to high end of our previously announced range, or $6.85 to $7.15 per share, on net sales of $10.5 to $10.9 billion.

37.   Regarding Terex's backlog, the Q1 2008 press release stated, in relevant part:

> <u>Backlog</u>: Backlog for orders deliverable during the next twelve months was $4,815.6 million at March 31, 2008, an increase of approximately 41.1% versus the first quarter of 2007, and an increase of 15.2% versus the December 31, 2007 level. The increase from December 31, 2007 was reflected across all business segments. The increase versus the prior year's first quarter was aided substantially by the continued strength of Crane orders, which are outpacing the Company's ability to manufacture and deliver products to its customers. Also meaningfully contributing to the increase was the Construction business, as that segment's backlog increased 48% over the prior year period, in response to strong Eastern European and Middle East demand, continued strong demand for material handlers in response to higher steel prices, and continued ramp-up challenges on certain product lines. Materials Processing & Mining segment backlog increased 27% over the prior year period, reflecting global infrastructure requirements. Backlog for the Aerial Work Platforms segment showed a modest improvement, while the Roadbuilding, Utility Products and Other segment declined somewhat from the prior year's first quarter. Further details are contained in the Glossary. With regard to the reported backlog, it should be noted that Terex has not

accepted firm orders for rough terrain crane delivery to take place after January 1, 2009. This was designed to ensure that prices for 2009 delivery sufficiently reflect the demand environment and potential input cost increases of the business. Production volumes for the first quarter of 2009 that have not been included in backlog approximate $210 million. The Company does not anticipate establishing pricing for rough terrain cranes for 2009 delivery until the third quarter of 2008.

38.    Concerning Terex's Q1 2008 "Construction" and "Roadbuilding, Utility Products and Other" segments, the Q1 2008 press release stated, in relevant part:

Construction: Net sales for the Construction segment for the first quarter of 2008 increased $40.5 million, or 9.9%, to $448.3 million versus the first quarter of 2007. Excluding the translation effect of foreign currency exchange rate changes of $29.8 million and ASV sales since its acquisition of $21.3 million, net sales decreased approximately 2.6%. The U.S. market remained relatively weak and the European market was moderately slower. This decline was mostly offset with positive developments in the Middle East and Eastern Europe. Additionally, the larger construction-class off-highway truck business in Motherwell, Scotland experienced a slow-down in production rates due to challenges that arose during the shift to a mixed model production line. This shortfall is expected to be temporary, and the net result of this activity is still expected to yield significant volume opportunity and cost reduction.

*    *    *

Roadbuilding, Utility Products and Other: Net sales for the Roadbuilding, Utility Products and Other (RBUO) segment for the first quarter of 2008 decreased $9.6 million, or 5.4%, to $169.2 million versus the first quarter of 2007. This is directly related to the decrease in concrete mixer truck demand resulting from continued softness in the North American housing construction market. Additionally, the prior year's results reflected an unusual positive effect of the Tier III engine changeover which resulted in an elevated level of customer demand ahead of the introduction of the higher cost, stricter emissions engine. Order quoting activity remains strong for both the asphalt plant and utility product businesses and shipments are expected to increase in the second quarter. The lower net sales volume in the first quarter of 2008 had a negative impact on *Gross Margin* and operating margin. The Company will continue to monitor the estimated fair value of the roadbuilding business for purposes of determining whether an impairment is evidenced.

39.    On April 23, 2008, Terex's common stock closed at $70.66 a share.

40.    The Q1 2008 press release was followed by Terex's earnings conference call which reiterated the defendants' positive representations concerning the Company's Q1 2008 financial results, business, product demand, operations and future prospects.

41.    On May 6, 2008, Terex filed its Quarterly Report for the Q1 2008 on a Form 10-Q with the SEC ("Q1 2008 10Q") which reiterated the Company's previously announced Q1 2008 results.

42.    Regarding Terex's impairment charges, the Q1 2008 10Q, stated, in relevant part:

> As of March 31, 2008, the roadbuilding reporting unit within the Roadbuilding, Utility Products and Other segment did not meet the forecasted business performance used in the annual goodwill impairment test as of October 1, 2007. The downturn in the U.S. residential housing market and limited funding for infrastructure projects, has negatively impacted the businesses in which this reporting unit operates.

> The Company updated its forecast to address the impact of changes in business conditions and performed a goodwill impairment test as of March 31, 2008 for the roadbuilding reporting unit. The roadbuilding reporting unit passed the test and no impairment charge was recorded. The Company will continue to monitor the estimated fair value of the roadbuilding business for purposes of determining whether impairment is evidenced. The amount of goodwill recorded for the roadbuilding reporting unit as of March 31, 2008 was $34.4 million.

43.    Regarding the Company's overall financial condition, the Q1 2008 10Q, stated, in relevant part:

> At March 31, 2008, end markets remained favorable for most of our products in the majority of the geographies in which we do business. We continued to execute on our internal margin expansion initiatives, resulting in another quarter of solid performance. We remain optimistic about 2008 and our ability to generate strong financial results. Our net sales expectations remain strong, as demonstrated by our growing backlog. Infrastructure and energy projects continue to drive demand for our cranes. Growing needs for energy and

commodities, particularly from developing economies, are driving orders for our mining equipment. Increasing labor rates that require productivity enhancing solutions, combined with improving global safety standards which recognize the inherent risks of working at height on ladders and scaffolding, are driving demand for our aerial work platforms products around the world. Deteriorating infrastructure and historical under-investment in infrastructure to support population growth are expected to continue to drive demand for equipment in North America and Western Europe.    This global infrastructure demand favorably impacts all five of our segments, particularly Cranes and Materials Processing & Mining.

We remain confident that our strategy of product and geographic diversity is the right one for the industries in which we operate. Our relatively balanced mix of product types helps to moderate cyclical sales movements for Terex as a whole, as demand for one product may weaken, but be offset by demand for products in a different cycle. A balanced geographic sales mix also helps moderate demand swings for our products, as demand in one region may strengthen or weaken over different times as compared to economies in other geographies. Based on discussions with our customers, industry experience and knowledge of our internal improvement initiatives, we remain confident in our ability to obtain our 2010 targets of $12 billion in revenue with a 12% operating margin.    Our growing emphasis on developing markets should help to offset the effects of any economic slowdown in mature markets. Certain developing markets are investing their oil wealth, such as Middle Eastern countries and Russia, or their substantial foreign currency reserves achieved from exporting, such as China, in a wide array of infrastructure projects that will require many years to complete.

The first quarter of 2008 saw continued emphasis on growing our franchise through strategic acquisitions and addressing our capital position through share repurchases. In February 2008, we acquired ASV, a designer and manufacturer of rubber compact track loaders and undercarriages. The total consideration for the ASV transaction was approximately $504 million. The acquisition of ASV is compelling from both a global distribution and technology standpoint. ASV has leading edge technology that is patent protected and that can be applied to other products manufactured by Terex. Historically, ASV has sold primarily to dealers in the U.S. and Canada. We plan to distribute the compact track loaders globally and have already begun by selling a few units in Eastern Europe during the first quarter of 2008. We continue to execute share repurchases under our share repurchase program. The total dollar amount that may be repurchased under the share repurchase program is $700 million through June 30,

2009. As of March 31, 2008, we repurchased approximately 3.1 million shares for approximately $218 million.

The first quarter of the year typically reflects growth in working capital as we build inventory to prepare for the Northern Hemisphere summer selling season. The first quarter of 2008 reflected similar dynamics, although at a rate higher than we would have preferred. While most of the inventory accumulation is associated with anticipated continued strong growth, it also reflects logistic issues arising from increased transportation times due to the globalization of our customer base, as well as challenges with supplier parts availability at certain locations. We are continuing to review our global manufacturing footprint to better position production closer to our customers, and we aim to moderate this negative influence over the next twelve to eighteen months.

We are focused on a number of internal improvement initiatives to increase sales and profitability, and to manage asset utilization as we continue our journey to becoming an excellent operating company. Our emphasis on supply management is helping us to preserve margins despite rising commodity prices, such as the price of steel. We are aggressively managing this situation and expect that we will be able to offset cost increases by increasing pricing commensurately. Implementation of the Terex Management System ("TMS"), our enterprise resource-planning system, continues to progress with the initial rollout scheduled for the second and third quarter of 2008 in certain sites in the U.S., the United Kingdom and Germany, representing the three primary geographies where we manufacture. TMS will provide greater visibility into costs, spending and asset utilization, providing valuable information for management to continue to improve the business.

44.     On July 15, 2008, Terex announced via press release that the Board authorized the Company repurchase of an additional $500 million of Terex's outstanding common shares bringing the total amount that may be repurchased to $1.2 billion. Commenting on the share repurchase program and Terex's financial strength, DeFeo stated in relevant part:

This action represents the second step-up in our share repurchase program since the program began. We continue to believe that investing in our shares provides an attractive return. Terex has the financial strength today to expand the share repurchase program without affecting our ability to implement internal or external initiatives. We remain optimistic about meeting our long-term goals, and are committed to enhancing shareholder value.

45.    On news of the share repurchase program, Terex stock climbed $5.81 a share to close at $48.47 a share on July 16, 2008.

46.    On July 23, 2008, Terex announced its financial results for the second quarter of 2008 ending June 30, 2008 (the "Q2 2008"). For the Q2 2008, Terex reported net income of $236.3 million or $2.32 a share, a dramatic increase over the second quarter of 2007's net income of $174.6 million or $1.66 per share.

47.    Commenting on Terex's "continued strength" and "strong demand" for Terex's products, DeFeo stated, in relevant part:

> Results this quarter demonstrate the continued strength of our global franchise. The infrastructure and commodity boom is driving strong demand for our cranes and mining equipment. Based on our increasing backlog for these products, we expect these positive trends to continue. Also, as expected, this was partially offset by slower growth trends in the Aerial Work Platforms (AWP) segment and further softening in the Construction segment. Though both AWP and Construction experienced growth this past quarter, slower growth in Western Europe impacted their performance.
>
> Not surprisingly, input costs continue to present challenges for us. To offset this, we are implementing various price increases and maintaining cost discipline. While in total we expect higher pricing will largely offset the cost increases that we have already incurred, as well as additional cost increases that we expect to incur during the second half of 2008, we do expect that there will be a lag between when higher costs are incurred and price increases to our customers take effect. Accordingly, we anticipate some reduction in operating margin in our business during the remainder of 2008.
>
> The power of our strategy of product and geographic diversity is illustrated in our results. We have been able to continue to grow net sales and income through an evolving sales mix. The Cranes and Materials Processing & Mining (MPM) segments grew dramatically during the period. Geographically, we continue to see significant growth in developing markets in line with global infrastructure development. Over time, our percentage of sales to developing markets has steadily increased, with first half 2008 net sales in these regions representing approximately 22% of our total sales.

48.    Concerning Terex's previously announced earnings per share guidance range and the

Company's "diversification," DeFeo stated, in relevant part:

> We expect our performance for 2008 to be within our previously
> announced range for earnings per share of $6.85 to $7.15 and net
> sales of $10.5 to $10.9 billion. We expect strong infrastructure and
> commodity demand trends for our Cranes and MPM segments to
> continue, which will drive a higher portion of our net sales and
> income for the balance of 2008.
>
> * * *
>
> Our global and product diversification has allowed the Company to
> perform well despite the difficult economic conditions in the U.S.,
> softening of the markets in Western Europe and increasing input
> costs. Demand remains strong for many of our products, and we are
> continuing to invest in our business for today and tomorrow,
> particularly in developing markets such as China and India. We
> expect world demand for infrastructure, energy and mining products
> to continue, while at the same time we are positioning our businesses
> for the eventual recovery in the U.S. market. We remain confident in
> our ability to achieve our previously stated goal of '12 by 12 in 10',
> which is $12 billion in revenues with a 12% operating margin by
> 2010. By quickly adapting to changing market conditions in all of our
> segments and geographies, we are showing that we can provide
> products that meet our customers' needs worldwide, and at the same
> time improve our financial performance and invest in growth for the
> Company.

49.    Regarding Terex's initiatives, Riordan stated, in relevant part:

> We are progressing well with our key internal initiatives. We continue
> to invest in appropriate capacity expansion, focusing on up-cycle
> businesses such as cranes and mining equipment and developing
> markets, and at the same time we are keenly focused on improving
> existing capacity and our cost structure to better meet changes in
> demand and customer needs. As appropriate, headcount and overhead
> levels are being adjusted globally in line with changes in product
> demand and the Company's evolving global manufacturing footprint.
> Finally, we have successfully gone live with the implementation of
> the Terex Management System at three businesses in the U.S.,
> Germany and U.K. We believe that this new enterprise wide system
> will contribute to improved efficiency in our operations over the long
> term, as we consolidate our information systems.

50.    Regarding Terex's backlog, the Q2 2008 press release stated, in relevant part:

Backlog: *Backlog* for orders deliverable during the next twelve months was $4,224.8 million at June 30, 2008, an increase of approximately 11.2% versus the second quarter of 2007, and a decrease of 12.3% versus March 31, 2008.

With regard to the reported backlog, it should be noted that Terex has not accepted firm orders for a variety of crane types, primarily rough terrain cranes, which have scheduled delivery after January 1, 2009. This was designed to ensure that prices for 2009 delivery sufficiently reflect the demand environment and potential input cost increases of the business. Production volumes for 2009 that have not been included in backlog approximate $484 million, based on current pricing levels. The Company anticipates establishing pricing for these cranes in the third quarter of 2008.

AWP backlog decreased 46.8% as compared to June 30, 2007, and decreased 40.2% as compared to March 31, 2008, due to softening demand, particularly in Western Europe.

Construction segment backlog decreased 2.6% versus the comparable prior year period and decreased 26.5% as compared to March 31, 2008. Slowing compact construction demand in Western Europe, combined with the easing of some supplier constraints (which allowed for increased production levels), contributed to the decreased backlog.

As compared to June 30, 2007 levels, Cranes segment backlog increased 45.5%, due primarily to strong global demand. Compared to March 31, 2008 levels, Cranes backlog decreased 6.0%, due to crane orders received for 2009 delivery which are not included in the backlog because they have yet to be priced (as noted above).

MPM backlog increased 24.4% versus June 30, 2007 and increased 7.4% as compared to March 31, 2008, as global commodity market strength is driving higher demand for mining equipment.

Roadbuilding, Utility Products and Other (RBUO) segment backlog declined 12.6% versus June 30, 2007 and declined 6.2% as compared to March 31, 2008, as concrete mixer truck orders slowed.

51.     Concerning Terex's "Construction" and "Roadbuilding, Utility Products and Other" segments, the 2008 press release stated in relevant part:

Construction: Net sales for the Construction segment for the second quarter of 2008 increased 23.6% to $620.9 million versus the second quarter of 2007. Excluding the translation effect of foreign currency exchange rate changes of approximately $44 million and acquisition

related sales during the second quarter of 2008 of $58.5 million, net sales increased approximately 3% versus the prior year period.

Weakness in the U.S. construction market continued during the second quarter of 2008, while compact construction equipment sales slowed in Western Europe. Demand remains solid for rigid frame dump trucks as well as material handlers (a product used by scrap steel yards). Additionally, demand trends in developing markets remain favorable for Construction, particularly in the Middle East, Africa, and Eastern Europe.

Construction operating margin decreased to 2.8% for the second quarter of 2008 from 4.7% for the comparable period in 2007. Rising input costs pressured operating margin during the second quarter of 2008. Additionally, investments in global sales and support structure, as well as initiatives in aftermarket services and engineering, continue to progress, and are expected to contribute to operating margin expansion over the next two to three years.

*    *    *

Roadbuilding, Utility Products and Other: Net sales for the RBUO segment for the second quarter of 2008 increased 13.3%, to $191.3 million, versus the second quarter of 2007. Excluding the translation effect of foreign currency exchange rate changes, net sales increased approximately 11%. The Utility Products, Roadbuilding and Government Programs businesses all witnessed sales growth, although concrete mixer truck sales were essentially flat when compared to the second quarter of 2007.

Trends in the Company's Utility Products business are positive. Roadbuilding net sales remained soft, as U.S. infrastructure spending remains weak, resulting in the continued implementation of cost containment strategies within this business. The Company will continue to monitor the estimated fair value of the Roadbuilding business for purposes of determining whether a goodwill impairment is evidenced.

RBUO operating margin was 5.1% in the second quarter of 2008 versus 2.4% for the comparable period in 2007. Increased volume combined with cost containment, particularly manufacturing efficiencies recognized within the Utility Products business, resulted in improved operating margin for the entire segment.

52.    The Q2 2008 press release was followed by Terex's earnings conference call which reiterated the defendants' positive representations concerning the Company's Q2 2008 financial results, business, product demand, operations and future prospects.

53.    On August 1, 2008, Terex filed its quarterly report for the Q2 2008 on a Form 10-Q with the SEC which reiterated the Company's previously announced Q2 2008 results.

54.    Regarding Terex's impairment charges, the 2Q 2008 10Q, stated, in relevant part:

> As of June 30, 2008, the roadbuilding reporting unit within the Roadbuilding, Utility Products and Other segment did not meet the forecasted business performance used in the annual goodwill impairment test as of October 1, 2007. The downturn in the U.S. residential housing market and limited funding for infrastructure projects has negatively impacted the businesses in which this reporting unit operates.
>
> The Company updated its forecast to address the impact of changes in business conditions and performed a goodwill impairment test as of June 30, 2008 for the roadbuilding reporting unit. The roadbuilding reporting unit passed the test and no impairment charge was recorded. The Company will continue to monitor the estimated fair value of the roadbuilding business for purposes of determining whether impairment is evidenced. The amount of goodwill recorded for the roadbuilding reporting unit as of June 30, 2008 was $39.7 (million).

55.    Regarding the Company's overall financial condition, the 2Q 2008 10Q, stated, in relevant part:

> Financial performance during the second quarter of 2008 was strong and the outlook for our Cranes and Material Processing & Mining segments remains favorable. Demand for cranes, material processing and mining equipment is being driven by global infrastructure development and maintenance, rising energy demand and global commodity demand. Backlog for these businesses continues to grow. Select capital investment is being made to expand capacity for these businesses in order to more effectively and efficiently respond to market demand. Capital investment is being made in existing facilities in Germany for cranes and hydraulic mining excavators and new facilities are being developed in India for material processing equipment and in China for cranes and hydraulic excavators. Additionally, the Aerial Work Platforms segment is expanding its manufacturing footprint to China to produce portable products,

scissors and booms to meet growing demand for these products in the region. Rising input costs, particularly steel prices, did not have a material impact during the second quarter of 2008 for the Cranes or Material Processing & Mining businesses due to the presence of supply contracts, cost escalation clauses in select contracts with our customers and previously implemented pricing actions. Higher input costs are a concern for the second half of 2008 across the Company but the impact on these two businesses should generally be offset by pricing actions. The Roadbuilding, Utility Products and Other segment showed modest improvement over the prior year period but remains challenged with reduced U.S. infrastructure spending.

Tempering the strength of the Cranes and Materials Processing & Mining segments is the continued weakness in the U.S. market and developing softness, primarily in Western Europe, for our Construction and Aerial Work Platforms businesses, along with increasing pressure from rising input costs, particularly steel prices. Compact construction equipment demand has been weak in the U.S. for a number of quarters and began to weaken in Western Europe during the second quarter of 2008. Our expectations are that this weakness will continue in the U.S. and Western European markets for compact construction equipment through at least early 2009, which will be partially offset by continued demand from developing markets. Offsetting the weakness in compact construction to some extent is continuing favorable demand for select heavy construction products, including rigid frame dump trucks as well as material handlers, which are used predominantly by scrap yards. Second quarter 2008 sales performance of the Aerial Work Platforms segment was solid, but slowing markets in Western Europe and rising steel prices are expected to negatively impact the financial performance of this business for the remainder of the year. Pricing actions are being taken across the Company to offset rising steel costs, although we do expect that there will be a lag to some extent in the timing between when higher costs are incurred and price increases to our customers take effect, particularly within the Construction and Aerial Work Platforms businesses. As appropriate, headcount and overhead levels are being adjusted globally in line with changes in product demand and our evolving global manufacturing footprint.

We remain confident that our strategy of product and geographic diversity is the right one for the industries in which we operate. Our relatively balanced mix of product types helps to moderate cyclical sales movements for Terex as a whole, as demand for one product may weaken, but be offset by demand for products in a different cycle. A balanced geographic sales mix also helps moderate demand swings for our products, as demand in one region may strengthen or weaken over different times as compared to demand in other

geographies. For example, as the demand for Aerial Work Platforms products is expected to weaken during the second half of 2008 due to slowing demand and rising input costs, continued strength is forecasted from the Cranes and Materials Processing & Mining segments, which are expected to contribute to stability in earnings. The results of the second quarter of 2008 support this strategic thesis, as strong financial performance by the Cranes and Materials Processing & Mining segments was a more significant driver of the financial results for the second quarter of 2008.

Based on discussions with our customers, industry experience and knowledge of our internal improvement initiatives, we remain confident in our ability to reach our 2010 targets of $12 billion in revenue with a 12% operating margin. Our growing emphasis on developing markets should help to partially offset the effects of economic slowing in mature markets. Certain developing markets are investing their oil wealth, such as Middle Eastern countries and Russia, or their substantial foreign currency reserves achieved from exporting, such as China, in a wide array of infrastructure projects that will require many years to complete. Additionally, the high price of oil is resulting in extensive energy investments such as wind power, nuclear and coal/gas fired power plants, which drives demand for Terex products, particularly cranes.

We remain committed to our previously announced stock repurchase program. During the second quarter of 2008, we repurchased approximately $144 million of Terex common stock pursuant to the stock repurchase program. Through June 30, 2008, we repurchased approximately $362 million of our common stock under this program, or approximately 5.5 million shares. On July 15, 2008, our Board of Directors authorized an increase in this program of $500 million to $1.2 billion, with no change to the program expiration date of June 30, 2009.

The first quarter of the year typically reflects growth in working capital as we build inventory to prepare for the Northern Hemisphere summer selling season. Much of this inventory build during the first quarter of the year is then shipped in the second quarter or early in the third quarter. After adjusting for the impact of acquisitions and foreign exchange, inventory was basically flat as compared to the first quarter of 2008. This reflects a mix of inventory growth to support demand for cranes, material processing and mining equipment, combined with challenges with supplier parts availability at certain locations, and slowing demand in certain end markets that negatively impacted finished goods.